



**Simplified Audience Selectors**: On Facebook for iPhone, the audience you're sharing a post with is now at the top of the screen, and on web, people will see a simplified audience selector. We're testing and rolling out similar improvements in other places people use Facebook.





**Anonymous Login and New Controls for Facebook Login**: Anonymous Login is a brand new way to log into apps without sharing any personal information from Facebook. The new Facebook Login gives people the option to pick and choose what information apps get.



**Redesigned App Control Panel**: A new dashboard where people can see a list of apps they use, manage specific permissions, or remove apps entirely.



For more information about choosing who you share with, visit the Help Center.



Category:  Product News

