

Everyone used to have a setting called "Who can look up my timeline by name," which controlled if someone could be found when other people typed their name into the Facebook search bar. The setting was very limited in scope, and didn't prevent people from finding others in many other ways across the site.

Because of the limited nature of the setting, we removed it for people who weren't using it, and have built new, contextual tools, along with education about how to use them. In the coming weeks, we'll be retiring this setting for the small percentage of people who still have it.

### 2. Understanding: In-product education

Along with the overall effort to continue bringing privacy controls up front, we're adding in-context notices throughout Facebook. For example, we've created a series of messages to help you understand, in context, that the content you hide from your timeline may still appear in news feed, search and other places.



*Updated Activity Log*

Last year we introduced Activity Log. Activity Log makes it easy to see the things you've posted on Facebook, make changes to the audience of past photos and other posts, and choose what appears on your timeline.

The updated Activity Log has new navigation, so you can easily review your own activity on Facebook, such as your likes and comments, photos of you, and posts you've been tagged in. It also has new ways to sort information, for example: Now you can quickly see public photos you're tagged in and have hidden from your timeline, but which still appear in other places on Facebook.



### 3. Action: New tools to manage your content New Request and Removal tool

Within the updated Activity Log, you now have a Request and Removal tool for taking action on multiple photos you're tagged in. If you spot things you don't want on Facebook, now it's even easier to ask the people who posted them to remove them.

Go to the "Photos of You" tab, select multiple photos, and ask friends to take down the shots you don't like – you can even include a message about why this is important to you. The tool also lets you untag multiple photos at once, keeping in mind that while untagged photos don't appear on your timeline, they can still appear in other places on Facebook, such as search, news feed, or your friends' timelines.



These updates and new tools will begin rolling out at the end of 2012.

Category:   Company News   ·   Uncategorized       

