



**Simplified Audience Selectors**: On Facebook for iPhone, the audience you're sharing a post with is now at the top of the screen, and on web, people will see a simplified audience selector. We're testing and rolling out similar improvements in other places people use Facebook.





**Anonymous Login and New Controls for Facebook Login**: Anonymous Login is a brand new way to log into apps without sharing any personal information from Facebook. The new Facebook Login gives people the option to pick and choose what information apps get.



**Redesigned App Control Panel**: A new dashboard where people can see a list of apps they use, manage specific permissions, or remove apps entirely.



For more information about choosing who you share with, visit the Help Center.

Category:  Product News





A New, Optional Way to Share and Discover Music, TV and Movies

Facebook Weekly Highlights

**Related News**

December 13, 2018
Facebook Watch: What We've Built & What's Ahead

About   Contact Us   Investor Relations   Privacy   Terms       Country: United States (English)
Facebook © 2018
Powered by WordPress.com VIP