# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FACEBOOK INC.,

    Defendant.

Civ. Action No. 1:19-cv-02184

**MOTION OF ELECTRONIC PRIVACY INFORMATION CENTER TO INTERVENE OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF, FOR A BRIEFING SCHEDULE TO HEAR FROM INTERVENORS AND INTERESTED PARTIES, AND FOR AN ORDER SETTING A HEARING ON THE PARTIES' MOTION AND PERMITTING EPIC AND OTHER INTERESTED PARTIES TO INTERVENE**

The Electronic Privacy Information Center ("EPIC") hereby respectfully moves (1) to intervene or, in the alternative, for leave to file *amicus curiae* brief in opposition to proposed Consent Decree of the parties, (2) for an order setting a briefing schedule for other intervenors and interested parties to participate, and (3) for an order setting a hearing on the parties' motion and permitting the EPIC and other interested parties to participate therein. For the reasons discussed in EPIC's memorandum of points and authorities, the Court should grant EPIC's motion to intervene, set a briefing schedule for interested parties, and schedule a hearing to address the fairness and adequacy of the proposed consent decree.

                Respectfully Submitted,
                MARC ROTENBERG, D.C. Bar #422825
                EPIC President and Executive Director

                /s/ Alan Butler
                ALAN BUTLER, D.C. Bar #1012128

                                          EPIC Senior Counsel

                                          MEGAN IORIO, D.C. Bar #1618365
                                          EPIC Appellate Advocacy Counsel

                                          ELECTRONIC PRIVACY
                                          INFORMATION CENTER
                                          1718 Connecticut Avenue, N.W.
                                              Suite 200
                                          Washington, D.C. 20009
                                          (202) 483-1140 (telephone)
                                          (202) 483-1248 (facsimile)

                                          *Attorneys for Plaintiff EPIC*[1]

Dated: July 25, 2019

---

[1] EPIC Consumer Protection Counsel Christine Bannan, a member of the Massachusetts Bar whose admission is pending in the District of Columbia, contributed to this motion.