# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>United States Department of Justice<br>Consumer Protection Branch<br>450 5th St. NW, Suite 6400<br>Washington, DC 20001<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC.,<br>1 Hacker Way<br>Menlo Park, CA 94025<br><br>　　　　　　Defendant. | Case No. 19-cv-2184 (TJK) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Facebook, Inc.


Dated: August 1, 2019
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ *Joshua S. Lipshutz*
　　　　　　　　　　　　　　　　　　　Joshua S. Lipshutz (D.C. Bar No. 1033391)
　　　　　　　　　　　　　　　　　　　GIBSON DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W., Suite 300
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036-5306
　　　　　　　　　　　　　　　　　　　Telephone:  202-955-8500
　　　　　　　　　　　　　　　　　　　jlipshutz@gibsondunn.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Facebook, Inc.*