# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>United States Department of Justice<br>Consumer Protection Branch<br>450 5th St. NW, Suite 6400<br>Washington, DC 20001<br><br>    Plaintiff,<br><br> v.<br><br>FACEBOOK, INC.,<br>1 Hacker Way<br>Menlo Park, CA 94025<br><br>    Defendant. | Case No. 19-cv-2184 (TJK) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Facebook, Inc.


Dated: August 1, 2019
   Washington, D.C.

                 Respectfully submitted,

                 /s/ *Thomas G. Hungar*
                 Thomas G. Hungar (D.C. Bar No. 447783)
                 GIBSON DUNN & CRUTCHER LLP
                 1050 Connecticut Avenue, N.W., Suite 300
                 Washington, D.C. 20036-5306
                 Telephone:  (202) 887-3784
                 thungar@gibsondunn.com

                 *Counsel for Defendant Facebook, Inc.*