**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>United States Department of Justice<br>Consumer Protection Branch<br>450 5th St. NW, Suite 6400<br>Washington, DC 20001<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br>1 Hacker Way<br>Menlo Park, CA 94025<br><br>    Defendant. | Case No. 19-cv-2184 (TJK) |

## Rule 7.1 and LCVR 26.1 Corporate Disclosure Statement

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Facebook, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Facebook, Inc. which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  August 1, 2019

                                         Respectfully submitted,

                                         /s/ *Joshua S. Lipshutz*

GIBSON DUNN & CRUTCHER LLP
Joshua S. Lipshutz (D.C. Bar No. 103391)
Telephone:  (202) 955-8500
jlipshutz@gibsondunn.com
Thomas G. Hungar (D.C. Bar No. 447783)
Telephone: (202) 887-3784
thungar@gibsondunn.com
1050 Connecticut Avenue, N.W., Suite 300
Washington, D.C. 20036-5306

*Counsel for Defendant Facebook, Inc.*