**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>               Defendant. | Case No. 19-cv-2184 (TJK) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Joshua S. Lipshutz of Gibson, Dunn & Crutcher LLP (the "Movant") hereby moves this Court, pursuant to Local Rule 83.2(d), for entry of an order permitting Orin Snyder to appear *pro hac vice* before this Court in the above-captioned matter as an additional counsel of record for Facebook, Inc.  In support of this motion, the Movant attaches the Declaration of Orin Snyder as Exhibit A.

Undersigned counsel respectfully requests that the Court grant this motion and enter an Order for admission of Orin Snyder *pro hac vice* in the above-captioned case.  A proposed order is attached.

Dated:  August 2, 2019

                                                                           Respectfully submitted,

                                                            */s/ Joshua S. Lipshutz*
                                                           Joshua S. Lipshutz (D.C. Bar No. 1033391)
                                                           GIBSON, DUNN & CRUTCHER LLP
                                                           1050 Connecticut Avenue, N.W., Suite 300
                                                           Washington, D.C. 20036-5306
                                                           Telephone:  (202) 955-8500
                                                           jlipshutz@gibsondunn.com

                                                           *Counsel for Defendant Facebook, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>              Defendant. | Case No. 19-cv-2184 (TJK) |

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION
## *PRO HAC VICE* OF ORIN SNYDER

I, Orin Snyder, declare and state as follows:

1. My full name is Orin Samuel Snyder.

2. I am an attorney at the law firm Gibson, Dunn & Crutcher LLP. My office is located at 200 Park Avenue, New York, New York 10166. My office telephone number is (212) 351-2400.

3. I am a member in good standing of the Bar of the State of New York.

4. I have not been disciplined by any bar, and there are no disciplinary proceedings pending against me in any jurisdiction.

5. In the past two years, I have not been admitted *pro hac vice* to practice before this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2019 in New York, New York.

                                             */s/ Orin Snyder*
                                             Orin Snyder

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>                    Defendant. | Case No. 19-cv-2184 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Orin Snyder, it is, on this _____ day of _____, 2019 hereby **ORDERED** that the Motion for Admission *pro hac vice* is **GRANTED**, and that Orin Snyder be, and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above-captioned case.

SO **ORDERED** this _____ day of _____, 2019.

_____
Hon. Timothy J. Kelly