IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>             Defendant. | Case No. 19-cv-2184 (TJK) |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* OF ORIN SNYDER**

I, Orin Snyder, declare and state as follows:

    1.  My full name is Orin Samuel Snyder.

    2.  I am an attorney at the law firm Gibson, Dunn & Crutcher LLP.  My office is located at 200 Park Avenue, New York, New York 10166.  My office telephone number is (212) 351-2400.

    3.  I am a member in good standing of the Bar of the State of New York.

    4.  I have not been disciplined by any bar, and there are no disciplinary proceedings pending against me in any jurisdiction.

    5.  In the past two years, I have not been admitted *pro hac vice* to practice before this Court.

    6.  I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2019 in New York, New York.

                                                          */s/ Orin Snyder*
                                                          Orin Snyder