## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>                      Defendant. | Case No. 19-cv-2184 (TJK) |

### [PROPOSED] ORDER

Upon consideration of the Motion for Admission *pro hac vice* of Orin Snyder, it is, on this _____ day of _____, 2019 hereby **ORDERED** that the Motion for Admission *pro hac vice* is **GRANTED**, and that Orin Snyder be, and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above-captioned case.

SO **ORDERED** this _____ day of _____, 2019.

                                                                                                          _____
                                                                                                            Hon. Timothy J. Kelly