**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>       Defendant. | Case No. 19-cv-2184 (TJK) |

## MOTION FOR ADMISSION *PRO HAC VICE*

  Joshua S. Lipshutz of Gibson, Dunn & Crutcher LLP (the "Movant") hereby moves this Court, pursuant to Local Rule 83.2(d), for entry of an order permitting Olivia Adendorff to appear *pro hac vice* before this Court in the above-captioned matter as an additional counsel of record for Facebook, Inc.  In support of this motion, the Movant attaches the Declaration of Olivia Adendorff as Exhibit A.

  Undersigned counsel respectfully requests that the Court grant this motion and enter an Order for admission of Olivia Adendorff *pro hac vice* in the above-captioned case.  A proposed order is attached.

Dated:  August 2, 2019

                  Respectfully submitted,

                   */s/ Joshua S. Lipshutz*
                 Joshua S. Lipshutz (D.C. Bar No. 1005476)
                 GIBSON, DUNN & CRUTCHER LLP
                 1050 Connecticut Avenue, N.W., Suite 300
                 Washington, D.C. 20036-5306
                 Telephone:  (202) 955-8500
                 jlipshutz@gibsondunn.com

                 *Counsel for Defendant Facebook, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br><br>FACEBOOK, INC.,<br><br>            Defendant. | Case No. 19-cv-2184 (TJK) |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE*  OF OLIVIA ADENDORFF**

I, Olivia Adendorff, declare and state as follows:

1. My full name is Olivia Arden Adendorff.

2. I am an attorney at the law firm Gibson, Dunn & Crutcher LLP.  My office is located at 2100 McKinney Avenue, Suite 1100, Dallas, Texas 75201.  My office telephone number is 214-698-3159.

3. I am a member in good standing of the Bar of the State of Texas, as well as the U.S. Courts of Appeals for the Fifth, Sixth, and, Ninth Circuits; and the U.S. District Courts for the Northern District of Texas; Southern District of Texas; Western District of Texas; and Eastern District of Texas.

4. I have not been disciplined by any bar, and there are no disciplinary proceedings pending against me in any jurisdiction.

5. In the past two years, I have not been admitted *pro hac vice* to practice before this Court.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2019 in Dallas, Texas.

                                              */s/ Olivia Adendorff*
                                              Olivia Adendorff

Case 1:19-cv-02184-TJK   Document 10-2   Filed 08/03/19   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>                  Defendant. | Case No. 19-cv-2184 (TJK) |

## **[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Olivia Adendorff, it is, on this _____ day of _____, 2019 hereby **ORDERED** that the Motion for Admission *pro hac vice* is **GRANTED**, and that Olivia Adendorff be, and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above-captioned case.

SO **ORDERED** this _____ day of _____, 2019.

                                                                                                                              _____
                                                                                                                             Hon. Timothy J. Kelly