IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　Defendant. | Case No. 19-cv-2184 (TJK) |

### DECLARATION IN SUPPORT OF MOTION FOR ADMISSION
### *PRO HAC VICE* OF OLIVIA ADENDORFF

I, Olivia Adendorff, declare and state as follows:

　　1.　My full name is Olivia Arden Adendorff.

　　2.　I am an attorney at the law firm Gibson, Dunn & Crutcher LLP. My office is located at 2100 McKinney Avenue, Suite 1100, Dallas, Texas 75201. My office telephone number is 214-698-3159.

　　3.　I am a member in good standing of the Bar of the State of Texas, as well as the U.S. Courts of Appeals for the Fifth, Sixth, and, Ninth Circuits; and the U.S. District Courts for the Northern District of Texas; Southern District of Texas; Western District of Texas; and Eastern District of Texas.

　　4.　I have not been disciplined by any bar, and there are no disciplinary proceedings pending against me in any jurisdiction.

　　5.　In the past two years, I have not been admitted *pro hac vice* to practice before this Court.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2019 in Dallas, Texas.

                                                 */s/ Olivia Adendorff*
                                                 Olivia Adendorff