# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                    Plaintiff,

     v.

FACEBOOK, INC.,

                    Defendant.

Case No. 19-cv-2184 (TJK)

## [PROPOSED] ORDER

Upon consideration of the Motion for Admission *pro hac vice* of Olivia Adendorff, it is, on this _____ day of _____, 2019 hereby **ORDERED** that the Motion for Admission *pro hac vice* is **GRANTED**, and that Olivia Adendorff be, and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above-captioned case.

SO **ORDERED** this _____ day of _____, 2019.

_____
Hon. Timothy J. Kelly