# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   Plaintiff

  v.           Case No. 19-cv-2184-TJK

FACEBOOK, Inc.,
a corporation,

   Defendant.

## NOTICE OF APPEARANCE AS COUNSEL FOR THE UNITED STATES

PLEASE TAKE NOTICE that Jason Lee, United States Department of Justice, Civil Division, Consumer Protection Branch, hereby enters his appearance in the above-captioned matter as counsel of record for Plaintiff United States of America.

DATED:  August 19, 2019

            Respectfully submitted,

            */s/ Jason Lee*_____
            Jason Lee (CA Bar No. 298140)
            Trial Attorney
            Consumer Protection Branch
            U.S. Department of Justice
            P.O. Box 386
            Washington, DC 20044-0386
            Telephone:  (202) 514-0515
            Fax: (202) 514-8742
            Jason.Lee3@usdoj.gov

            Counsel for the United States