UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff<br><br>       v.<br><br>FACEBOOK, Inc.,<br>a corporation,<br><br>       Defendant. | Case No. 19-cv-2184-TJK |

**APPEARANCE OF COUNSEL FOR THE UNITED STATES**

To the clerk of court and all parties of record, I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for plaintiff, the United States of America.

DATED:  September 9, 2019

                                    Respectfully submitted,

                                    */s/ Patrick R. Runkle*_____
                                    PATRICK R. RUNKLE
                                    Trial Attorney
                                    Consumer Protection Branch
                                    U.S. Department of Justice
                                    P.O. Box 386
                                    Washington, DC 20044-0386
                                    Telephone:  (202) 616-0219
                                    Fax: (202) 514-8742
                                    Patrick.R.Runkle@usdoj.gov

                                    Counsel for the United States