UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,　　　　　　　　　CASE NO.: 19-cv-2184 (TJK)

　　　　　　Plaintiff,

v.

FACEBOOK, INC.,

　　　　　　Defendant.
_____/

## [PROPOSED] ORDER

Upon consideration of the unopposed motion for leave to file brief of the Center for the Legalization of Privacy as *amicus curiae*, it is, on this _____ day of _____, 2019 hereby **ORDERED** that the motion for leave is **GRANTED**, and that the Center for the Legalization of Privacy shall file its brief within 30 days of entry of this order.

SO **ORDERED** this _____ day of _____, 2019.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Timothy J. Kelly