UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,　　　　　　　　CASE NO.: 19-cv-2184 (TJK)

　　　　　　Plaintiff,

v.

FACEBOOK, INC.,

　　　　　　Defendant.
_____/

**MOTION FOR ADMISSION OF AMY LYNN PEIKOFF *PRO HAC VICE***

*Amicus curiae*, the Center for the Legalization of Privacy ("the Center"),[1] through undersigned counsel, move that Amy Lynn Peikoff, an attorney of the State of California, be admitted *pro hac vice* for the purpose of representing the Center in the above-styled case. In support of this motion, the Center submits the attached Declaration of Amy Lynn Peikoff, to show that she meets the requirements of LCvR 83.2(d).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　The Center for the Legalization of Privacy

　　　　　　　　　　　　　　　　　　by counsel,

　　　　　　　　　　　　　　　　　　/s/ Stephen R. Klein
　　　　　　　　　　　　　　　　　　Stephen R. Klein
　　　　　　　　　　　　　　　　　　Bar No. 177056
　　　　　　　　　　　　　　　　　　STATECRAFT PLLC
　　　　　　　　　　　　　　　　　　1629 K Street NW, Suite 300
　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　Telephone: (202) 804-6676
　　　　　　　　　　　　　　　　　　steve@statecraftlaw.com

---

[1] The Center has filed a motion for leave to file a brief as *amicus curiae* contemporaneously with this filing.

**CERTIFICATE OF SERVICE**

      I CERTIFY that on September 12, 2019, I served the foregoing and attachments through the Court's electronic filing system which served a copy on all counsel of record.

                                              */s/ Stephen Klein*
                                              Stephen R. Klein

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                        CASE NO.: 19-cv-2184 (TJK)

          Plaintiff,

v.

FACEBOOK, INC.,

          Defendant.
_____/

## DECLARATION OF AMY LYNN PEIKOFF

I, Amy Lynn Peikoff, declare as follows:

1. I am an attorney licensed to practice in the State of California. Pursuant to D.C. LCvR 83.2(d), I make this declaration in support of the Motion *pro hac cice* motion filed in the instant case.

2. My office address and telephone number are as follows:

    3024 E. Chapman Ave. #129
    Orange, CA 92869
    Telephone: (714) 409-8275

3. I am admitted to the following bars:

    Supreme Court of California

4. I am a member in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

5. I have not applied for admission *pro hac vice* to this Court within the past two years.

6. I do not have an office located within the District of Columbia.

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 12th day of September, 2019.

/s/ Amy Peikoff
Amy Lynn Peikoff
3024 E. Chapman Ave. #129
Orange, CA 92869
Telephone: (714) 409-8275
legalizeprivacy@icloud.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                        CASE NO.: 19-cv-2184 (TJK)

        Plaintiff,

v.

FACEBOOK, INC.,

        Defendant.
_____/

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Amy Lynn Peikoff, it is, on this \_\_\_\_\_ day of _____, 2019 hereby **ORDERED** that the Motion for Admission *pro hac vice* is **GRANTED**, and that Amy Lynn Peikoff be, and that the same hereby is, admitted *pro hac vice* to appear and participate as counsel to *amicus curiae* the Center for the Legalization of Privacy in the above-captioned case.

SO **ORDERED** this \_\_\_\_\_ day of _____, 2019.

                                          _____
                                          Hon. Timothy J. Kelly