UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                    CASE NO.: 19-cv-2184 (TJK)

          Plaintiff,

v.

FACEBOOK, INC.,

          Defendant.
_____/

## DECLARATION OF AMY LYNN PEIKOFF

I, Amy Lynn Peikoff, declare as follows:

1. I am an attorney licensed to practice in the State of California. Pursuant to D.C. LCvR 83.2(d), I make this declaration in support of the Motion *pro hac cice* motion filed in the instant case.

2. My office address and telephone number are as follows:

   3024 E. Chapman Ave. #129
   Orange, CA 92869
   Telephone: (714) 409-8275

3. I am admitted to the following bars:

   Supreme Court of California

4. I am a member in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

5. I have not applied for admission *pro hac vice* to this Court within the past two years.

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 12th day of September, 2019.

                                                               /s/ Amy Peikoff
                                                               Amy Lynn Peikoff
                                                               3024 E. Chapman Ave. #129
                                                               Orange, CA 92869
                                                               Telephone: (714) 409-8275
                                                               legalizeprivacy@icloud.com