UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,                                CASE NO.: 19-cv-2184 (TJK)

        Plaintiff,

v.

FACEBOOK, INC.,

        Defendant.
_____/


**[PROPOSED] ORDER**

       Upon consideration of the Motion for Admission *pro hac vice* of Amy Lynn Peikoff, it is,

on this _____ day of _____, 2019 hereby **ORDERED** that the Motion for Admission

*pro hac vice* is **GRANTED**, and that Amy Lynn Peikoff be, and that the same hereby is,

admitted *pro hac vice* to appear and participate as counsel to *amicus curiae* the Center for the

Legalization of Privacy in the above-captioned case.

       SO **ORDERED** this _____ day of _____, 2019.


                             _____
                             Hon. Timothy J. Kelly