# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 19-cv-02184-TJK |
| FACEBOOK, INC., | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

Upon consideration of the motion of Public Citizen, Campaign for a Commercial-Free Childhood, Common Sense Media, and United States Public Interest Research Group, Inc., for leave to file a brief as *amici curiae* in support of neither party and in opposition to plaintiff's consent motion for entry of stipulated order, it is hereby

ORDERED that the motion is GRANTED.

Dated: _____

_____
Timothy J. Kelly
United States District Judge