IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK INC.,<br><br>    Defendant. | No. 1:19-cv-02184 |

**[PROPOSED] ORDER**

Upon consideration of this unopposed motion for leave to file a brief of the Electronic Privacy Information Center as *amicus curiae*, it is, on this ___ day of _____, 2019 hereby

**ORDERED** that the motion for leave is **GRANTED,** and that the attached brief shall be filed.

Dated: _____

_____
Hon. Timothy J. Kelly
United States District Judge