# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br> v.<br><br>FACEBOOK, INC.,<br><br>  *Defendant*. | Civil Action No. 19-2184 (TJK) |

## ORDER

For the reasons explained in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Electronic Privacy Information Center's Motion to Intervene, ECF No. 5, and Leonid Goldstein's Motion to Intervene, ECF No. 15, are **DENIED**. This is a final, appealable Order.

  **SO ORDERED.**

                        /s/ Timothy J. Kelly
                         TIMOTHY J. KELLY
                         United States District Judge

Date: April 23, 2020