# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>    *Defendant*. | Civil Action No. 19-2184 (TJK) |

## ORDER

For the reasons explained in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that the United States' Consent Motion for Entry of Stipulated Order, ECF No. 4, is **GRANTED**. The Stipulated Order, ECF No. 4-1, will be entered as proposed. The Clerk of Court is directed to close the case.

**SO ORDERED.**

                                            /s/ Timothy J. Kelly
                                            TIMOTHY J. KELLY
                                            United States District Judge

Date: April 23, 2020