AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-02184-TJK |
| FACEBOOK, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT.

Date: 05/31/2023

/s/ James P. Rouhandeh
*Attorney's signature*

James P. Rouhandeh (D.C. Bar No. NY0390)
*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
*Address*

rouhandeh@davispolk.com
*E-mail address*

(212) 450-4835
*Telephone number*

(212) 450-5835
*FAX number*