AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>FACEBOOK, INC.<br>*Defendant* | )<br>)<br>) Case No. 1:19-cv-02184-TJK<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT.

Date: 05/31/2023

/s/ Michael Scheinkman
*Attorney's signature*

Michael Scheinkman (D.C. Bar No. NY0381)
*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
*Address*

michael.scheinkman@davispolk.com
*E-mail address*

(212) 450-4754
*Telephone number*

(212) 701-5754
*FAX number*