**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>    Defendant. | Case No. 1:19-cv-02184-TJK |

**DECLARATION OF JAMES P. ROUHANDEH IN SUPPORT OF DEFENDANT'S
MOTION TO ENFORCE THE STIPULATED ORDER AND TO ENJOIN THE
ADMINISTRATIVE REOPENING PROCEEDING OF THE FEDERAL TRADE
COMMISSION**

Pursuant to 28 U.S.C. § 1746, I, James P. Rouhandeh, declare as follows:

1. I am a partner with the law firm of Davis Polk & Wardwell LLP, counsel for Defendant Meta Platforms, Inc. ("Meta")—previously, Facebook, Inc. I am an attorney admitted to practice law in the State of New York and am a member of the Bar of the United States District Court for the District of Columbia. I submit this declaration in support of Defendant's Motion to Enforce the Stipulated Order and to Enjoin the Administrative Reopening Proceeding of the Federal Trade Commission ("FTC"). I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. The Initial Assessment was submitted to the FTC and DOJ on July 1, 2021. Between August 2021 and May 2022, Meta responded to numerous requests from the FTC under Part XV of Attachment A to the Stipulated Order relating to the Assessor's findings. Its responses included multiple depositions, hundreds of pages of narrative responses, and nearly 30,000 pages of underlying source material concerning its extensive efforts to design and implement a new privacy program. After completing its responses in May 2022, Meta did not hear further from the FTC concerning these issues for nearly a year.

3. Attached hereto as Exhibit A is a true and correct copy of the Statement of Chairman Joe Simons and Commissioners Noah Joshua Phillips and Christine S. Wilson Regarding the Matter of Facebook, Inc., dated July 24, 2019, *available at* https://www.ftc.gov/system/files/documents/public_statements/1536946/092_3184_facebook_majority_statement_7-24-19.pdf (last visited May 31, 2023).

4. Attached hereto as Exhibit B is a true and correct copy of the Order to Show Cause Why the Commission Should Not Modify the Order and Enter the Proposed New Order, issued on May 3, 2023 in the Matter of Facebook, Inc., No. C-4365, *available at*

2

https://www.ftc.gov/system/files/ftc_gov/pdf/C4365-Commission-Order-to-Show-Cause-%28Redacted-Public%29.pdf (last visited May 31, 2023).

5.  Attached hereto as Exhibit C is a true and correct copy of the FTC's Proposed Decision and Order, issued on May 3, 2023 *in the Matter of Facebook, Inc.*, No. C-4365, *available at* https://www.ftc.gov/system/files/ftc_gov/pdf/c4365facebookproposedmodifieddecisionandorder.pdf (last visited May 31, 2023).

6.  Attached hereto as Exhibit D is a slip sheet corresponding to the podcast titled "How Will Lina Khan and the FTC Tackle AI," On with Kara Swisher, dated May 15, 2023, *available at* https://open.spotify.com/episode/0qK7HJR5fla4ZE4OMXMNJu (last visited May 31, 2023). Pursuant to Local Rule 5.4(e), Defendant will retain CD copies of this audio exhibit and will provide them to the Court upon request.

7.  Attached hereto as Exhibit E is a true and correct copy of the Statement of Commissioner Alvaro M. Bedoya Regarding the Matter of Facebook, Inc., dated May 3, 2023, *available at* https://www.ftc.gov/system/files/ftc_gov/pdf/2023-05-02-Bedoya-Facebook-Order-Statement-FINAL.pdf (last visited May 31, 2023).

8.  Attached hereto as Exhibit F is a true and correct copy of the Press Release titled "FTC Imposes $5 Billion Penalty and Sweeping New Privacy Restrictions on Facebook," issued by the FTC on July 24, 2019, *available at* https://www.ftc.gov/news-events/news/press-releases/2019/07/ftc-imposes-5-billion-penalty-sweeping-new-privacy-restrictions-facebook (last visited May 31, 2023).

9.  Attached hereto as Exhibit G is a slip sheet corresponding to the FTC Press Conference on Facebook Settlement, dated July 24, 2019, *available at* https://www.ftc.gov/news-

events/audio-video/video/ftc-press-conference-facebook-settlement (last visited May 31, 2023). Pursuant to Local Rule 5.4(e), Defendant will retain DVD copies of this video exhibit and will provide them to the Court upon request.

10. Attached hereto as Exhibit H is a true and correct copy of the Dissenting Statement of Commissioner Rebecca Kelly Slaughter Regarding the Matter of FTC vs. Facebook, dated July 24, 2019, *available at* https://www.ftc.gov/system/files/documents/public_statements/1536918/182_3109_slaughter_statement_on_facebook_7-24-19.pdf (last visited May 31, 2023).

11. Attached hereto as Exhibit I is a true and correct copy of the Order Modifying Prior Decision and Order, issued on April 27, 2020 *in the Matter of Facebook, Inc.*, No. C-4365, *available at* https://www.ftc.gov/system/files/documents/cases/c4365facebookmodifyingorder.pdf (last visited May 31, 2023).

12. Attached hereto as Exhibit J is a true and correct copy of the Press Release titled "FTC Gives Final Approval to Modify FTC's 2012 Privacy Order with Facebook with Provisions from 2019 Settlement," issued by the FTC on April 28, 2020, *available at* https://www.ftc.gov/news-events/news/press-releases/2020/04/ftc-gives-final-approval-modify-ftcs-2012-privacy-order-facebook-provisions-2019-settlement (last visited May 31, 2023).

13. Attached hereto as Exhibit K is a true and correct copy of the Order Granting Unopposed Motion for Extension of Time to Respond to Order to Show Cause, issued on May 22, 2023 *in the Matter of Facebook, Inc.*, No. C-4365, *available at* https://www.ftc.gov/system/files/ftc_gov/pdf/c4365_facebook_order_extending_time.pdf (last visited May 31, 2023).

14. Attached hereto as Exhibit L is a true and correct copy of the 2011 Consent Agreement between the FTC and Meta, issued on November 29, 2011 *in the Matter of Facebook, Inc.*, No. C-4365, *available at* https://www.ftc.gov/sites/default/files/documents/cases/2011/11/111129facebookagree.pdf (last visited May 31, 2023).

15. Attached hereto as Exhibit M is a true and correct copy of the Press Release titled "FTC Proposes Blanket Prohibition Preventing Facebook from Monetizing Youth Data," issued by the FTC on May 3, 2023, *available at* https://www.ftc.gov/news-events/news/press-releases/2023/05/ftc-proposes-blanket-prohibition-preventing-facebook-monetizing-youth-data (last visited May 31, 2023).

16. Attached hereto as Exhibit N is a true and correct copy of "A Brief Overview of the Federal Trade Commission's Investigative, Law Enforcement, and Rulemaking Authority," issued by the FTC in May 2021, *available at* https://www.ftc.gov/about-ftc/mission/enforcement-authority (last visited May 31, 2023).

17. Attached hereto as Exhibit O is a true and correct copy of "Frequently Asked Questions about the Proposed Changes to the 2020 Privacy Order with Meta/Facebook," dated May 3, 2023, *available* at https://www.ftc.gov/system/files/ftc_gov/pdf/FB-FAQ.pdf (last visited May 31, 2023).

18. Attached hereto as Exhibit P is a true and correct copy of the FTC Procedures Manual, dated March 2021.

19. Attached hereto as Exhibit Q is a true and correct copy of the Remarks of FTC Commissioner Joshua D. Wright at the Symposium on Section 5 of the Federal Trade Commission Act, dated February 26, 2015, *available at*

https://web.archive.org/web/20230510142719/https://www.ftc.gov/system/files/documents/public_statements/626811/150226bh_section_5_symposium.pdf (last visited May 31, 2023).

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 31, 2023

Respectfully submitted,

*/s/ James P. Rouhandeh*
James P. Rouhandeh
(D.C. Bar No. NY0390)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel. (212) 450-4835
rouhandeh@davispolk.com

*Counsel for Meta Platforms, Inc.*