# Exhibit D

**Kara Swisher, "How Will Lina Khan and the FTC Tackle AI?," On with Kara Swisher Podcast (May 15, 2023)**