# Exhibit G

**FTC Press Conference on Facebook Settlement (July 24, 2019)**