# Exhibit K

**UNITED STATES OF AMERICA**
**BEFORE THE FEDERAL TRADE COMMISSION**

**COMMISSIONERS:**   **Lina M. Khan, Chair**
**Rebecca Kelly Slaughter**
**Alvaro M. Bedoya**

| | |
|---|---|
| **In the Matter of** | |
| **Facebook, Inc.,** | **DOCKET NO. C-4365** |
| **a corporation.** | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO ORDER TO SHOW CAUSE**

In 2012, Facebook, Inc. (now known as Meta Platforms, Inc.) ("Respondent") entered into a consent order resolving a Commission complaint charging Respondent with unfair or deceptive acts or practices in violation of Section 5(a) of the FTC Act. In 2019, acting upon the Commission's notification, the Department of Justice filed a complaint in the United States District Court for the District of Columbia alleging that Respondent had violated the 2012 Order. To resolve that case, Respondent agreed to a stipulated order pursuant to which Respondent consented to reopening the Commission's administrative proceedings to modify the 2012 Order. On April 27, 2020, the Commission issued a modified order that expanded and clarified the 2012 Order. *See* Order Modifying Prior Decision and Order ("2020 Order"). On May 3, 2023, the Commission issued an Order to Show Cause Why the Commission Should Not Modify the Order and Enter the Proposed New Order ("Order to Show Cause"). The Order to Show Cause asserts that changed circumstances of fact and the public interest require that modifications be made to the 2020 Order. Order to Show Cause at 1. The Order to Show Cause identifies alleged deficiencies in Respondent's compliance with the 2020 Order with respect to establishing and implementing an effective privacy program and alleges that Respondent has violated the 2012 and 2020 Orders through misrepresentations regarding its handling of information. Order to Show Cause at 4-12.

Commission Rule of Practice 3.72(b) provides that Respondent has thirty days to file an Answer to the Order to Show Cause. 16 C.F.R. § 3.72(b). On May 10, 2023, Respondent filed an Unopposed Motion of Respondent for Extension of Time to Answer Order to Show Cause ("Motion"), asking for sixty (60) more days to file its Answer.

Commission Rule of Practice 4.3(b) allows the Commission to extend, for good cause shown, the time limit for Respondent's answer. 16 C.F.R. § 4.3(b). The Motion asserts that the size and complexity of the factual record, the significant factual and legal issues raised in the

proceeding, and other factors establish good cause for a sixty-day extension of time for Respondent to file an answer. Motion at 1-2. In light of these points and the fact that the Motion is unopposed, the Commission finds that Respondent has demonstrated good cause for the extension of time to respond to the Order to Show Cause. Therefore,

**IT IS HEREBY ORDERED THAT** Respondent's Motion is **GRANTED**; and

**IT IS FURTHER ORDERED THAT** Respondent's deadline to respond to the Commission's May 3, 2023, Order to Show Cause is extended to August 1, 2023.

By the Commission.


April J. Tabor
Secretary


SEAL:
ISSUED:  May 22, 2023