IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>    Defendant. | Case No. 1:19-cv-02184-TJK |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO ENFORCE THE STIPULATED ORDER AND TO ENJOIN THE ADMINISTRATIVE REOPENING PROCEEDING OF THE FEDERAL TRADE COMMISSION**

WHEREAS Defendant Meta Platforms, Inc. ("Meta")—previously, Facebook, Inc.—has moved, pursuant to the inherent authority of this Court, the All Writs Act, 28 U.S.C. § 1651, and Fed. R. Civ. P. 65(a), for an order enjoining the Federal Trade Commission's administrative proceeding (*In the Matter of Facebook, Inc.*, C-4365) to reopen and modify Attachment A to the Stipulated Order for Civil Penalty, Monetary Judgment, and Injunctive Relief entered by this Court on April 23, 2020 (Dkt. 35), and to enforce the exclusive jurisdiction of this Court with respect to the modification and enforcement of that Order.

WHEREAS Meta has asserted that the Commission's administrative reopening proceeding[1] contravenes the Stipulated Order for Civil Penalty, Monetary Judgment, and Injunctive Relief (the "Stipulated Order"), which the Court entered as a final judgment on April 23, 2020, Dkt. 35, and over which the Court retains exclusive jurisdiction; and

---

[1] Order to Show Cause Why the Commission Should Not Modify the Order and Enter the Proposed New Order, *In the Matter of Facebook, Inc.*, Dkt. No. C-4365 (F.T.C.) (hereinafter "OTSC").

WHEREAS Meta has asserted that the Commission's administrative reopening proceeding is *ultra vires* and violates Meta's rights under the Due Process Clause of the Constitution, as well as Articles I, II and III of the Constitution;

**IT IS THEREFORE ORDERED** for the reasons set out in Meta's motion, and for good cause found, that Defendant's motion is hereby **GRANTED**. The Federal Trade Commission, including its various agents, employees, and attorneys, is hereby permanently enjoined from continuing the administrative reopening proceeding initiated on May 3, 2023 by serving upon Meta and filing in FTC Docket No. C-4365 its OTSC and Proposed Order.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over this matter as set forth in the Stipulated Order.

**SO ORDERED.**

DATED: _____, 2023

Honorable Timothy J. Kelly
United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER PER  LCvR 7(k)**

Patrick Raymond Runkle
U.S. DEPARTMENT OF JUSTICE
Consumer Protection Branch
450 5th St., NW Suite 6400
Washington, DC 20001
(202) 532-4723 Email: Patrick.R.Runkle@usdoj.gov

Jason Lee
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 5th St, NW
Washington, DC 20001
(202) 514-0515 Fax: (202) 515-8742
Email: Jason.Lee3@usdoj.gov

Lisa K. Hsiao
U.S. DEPARTMENT OF JUSTICE
450 5th Street, NW Suite 6400-South
Washington, DC 20001
(202) 532-4892
Email: Lisa.K.Hsiao@usdoj.gov