## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2023, true and correct copies of the foregoing were filed using the Court's CM/ECF System and served on counsel of record.

| | |
|---|---|
| DATED: May 31, 2023 | Respectfully submitted, |
| | */s/ James P. Rouhandeh* |
| | James P. Rouhandeh (DDC Bar No. NY0390)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000<br>rouhandeh@davispolk.com |