IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>       v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>           Defendant. | Case No. 1:19-cv-02184-TJK |

**LOCAL RULE 5.4(e) NOTICE OF FILING OF EXHIBITS IN DISK FORMAT**

     Pursuant to Local Rule 5.4(e), Defendant Meta Platforms, Inc. (previously Facebook, Inc.) hereby gives notice that its Motion to Enforce the Stipulated Order and Enjoin the Administrative Reopening Proceeding of the Federal Trade Commission cites two exhibits (Exhibits D and G) that are not compatible with electronic filing.  Both exhibits are publicly available, and Defendant will retain CD copies of these exhibits and will provide them to the Court upon request. On May 31, 2023, true and correct copies of this notice were filed using the Court's CM/ECF System and served on counsel of record.

| | |
|---|---|
| DATED: May 31, 2023 | Respectfully submitted,<br><br>*/s/ James P. Rouhandeh*<br>───────────────────────────<br>James P. Rouhandeh (DDC Bar No. NY0390)<br>Michael Scheinkman (DDC Bar No. NY0381)<br>David B. Toscano (*pro hac vice* application forthcoming)<br>John A. Atchley III (*pro hac vice* application forthcoming)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue |

New York, NY 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com
michael.scheinkman@davispolk.com
david.toscano@davispolk.com
john.atchley@davispolk.com

Paul J. Nathanson (admission pending)
DAVIS POLK & WARDWELL LLP
901 15th Street, NW
Washington, DC 20005
Tel: (202) 962-7000
paul.nathanson@davispolk.com