AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-02184-TJK |
| FACEBOOK, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF.

Date: 05/31/2023

/s/ Zachary L. Cowan
*Attorney's signature*

Zachary L. Cowan (N.C. Bar No. 53432)
*Printed name and bar number*

Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W., Suite 6400-S
Washington, D.C. 20530
*Address*

Zachary.L.Cowan@usdoj.gov
*E-mail address*

(202) 353-7728
*Telephone number*

(202) 514-8742
*FAX number*