AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-2184 |
| Facebook, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Public Citizen, Inc., Campaign for a Commercial-Free Childhood, Common Sense Media,  and United States Public Interest Research Group, Inc.

Date: 06/01/2023

/s/ Adam R. Pulver
*Attorney's signature*

Adam R. Pulver, DC Bar No. 1020475
*Printed name and bar number*

Public Citizen Litigation Group
1600 20th St NW
Washington, DC 20009
*Address*

Apulver@citizen.org
*E-mail address*

202-588-7790
*Telephone number*

*FAX number*