IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cv-02184-TJK |
| FACEBOOK, INC., | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF OLIVIA ADENDORFF**

TO THE COURT, CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Olivia Adendorff is no longer associated with Gibson, Dunn & Crutcher LLP and is hereby withdrawn as counsel for Defendant Meta Platforms, Inc. (previously Facebook, Inc.). Attorneys with Davis Polk & Wardwell LLP will continue to represent Defendant Meta Platforms, Inc. in the above-captioned action.

Dated:  June 2, 2023                                        Respectfully submitted,


*/s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2400
OSnyder@gibsondunn.com

*Counsel for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that, on June 2, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

<u>/s/ Orin Snyder</u>
Orin Snyder
