# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-02184-TJK |
| | ) | |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE COURT, CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 83.6(b), that the appearance of Orin Snyder as counsel for Defendant Meta Platforms, Inc. (previously Facebook, Inc.) is hereby withdrawn. Attorneys with Davis Polk & Wardwell LLP will continue to represent Defendant Meta Platforms, Inc. in the above-captioned action.

Dated:  June 2, 2023                               Respectfully submitted,


                                                   /s/ Orin Snyder
                                                   Orin Snyder (*pro hac vice*)
                                                   GIBSON, DUNN & CRUTCHER LLP
                                                   200 Park Avenue
                                                   New York, NY 10166
                                                   Telephone: (212) 351-2400
                                                   OSnyder@gibsondunn.com

                                                   *Counsel for Defendant Meta Platforms, Inc.*
                                                   *(formerly known as Facebook, Inc.)*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 2, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

*/s/ Orin Snyder*
Orin Snyder
