# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:19-cv-02184-TJK |
| FACEBOOK, INC., | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE COURT, CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 83.6(b), that the appearance of Thomas G. Hungar as counsel for Defendant Meta Platforms, Inc. (previously Facebook, Inc.) is hereby withdrawn. Attorneys with Davis Polk & Wardwell LLP will continue to represent Defendant Meta Platforms, Inc. in the above-captioned action.

Dated:  June 2, 2023                         Respectfully submitted,

*/s/ Thomas G. Hungar*
Thomas G. Hungar (D.C. Bar No. 447783)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
Telephone: (202) 887-3784
THungar@gibsondunn.com

*Counsel for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 2, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

                                                      */s/ Thomas G. Hungar*
                                                      Thomas G. Hungar