IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>           Defendant. | Case No. 1:19-cv-02184-TJK |

**JOINT STATUS REPORT**

Pursuant to the Court's June 1, 2023 Minute Order, the parties have met and conferred and hereby submit this Joint Status Report proposing a consolidated schedule for briefing and hearing on Defendant's motion (Dkt. No. 38) (the "Motion") and Defendant's deadline to respond to the FTC's order to show cause.

With respect to whether the deadline for Defendant to respond to the FTC's order to show cause may be further extended, the United States has advised that FTC staff would not oppose Defendant's motion to extend to November 30, 2023 its time to respond to the Commission's order to show cause. The parties agree to discuss in good faith further extensions consistent with the Court's schedule for considering Defendant's Motion.

Based on the foregoing, the parties have agreed to the following briefing schedule for Defendant's Motion. To the extent the FTC does not grant the unopposed motion to extend time through November 30, 2023, the parties shall return to the Court to discuss the schedule.

- Plaintiff's response shall be due on or before August 16, 2023;
- Defendant's reply shall be due on or before September 13, 2023; and

1

- The Parties propose October 3-5, 2023 as potential dates for a hearing on the Motion.

DATED: June 6, 2023                                              Respectfully submitted,

/s/ Zachary L. Cowan

Katherine M. Ho
Zachary L. Cowan (DDC Bar No. 7579039)
U.S. DEPARTMENT OF JUSTICE
Consumer Protection Branch
450 5th Street, NW Suite 6400-South
Washington, DC 20001
(202) 353-7835
Email: Katherine.Ho@usdoj.gov

*Attorneys for Plaintiff*

/s/ James P. Rouhandeh

James P. Rouhandeh (DDC Bar No. NY0390)
Michael Scheinkman (DDC Bar No. NY0381)
David B. Toscano (*pro hac vice* application forthcoming)
John A. Atchley III (*pro hac vice* application forthcoming)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com
michael.scheinkman@davispolk.com
david.toscano@davispolk.com
john.atchley@davispolk.com

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDWELL LLP
901 15th Street, NW
Washington, DC 20005
Tel: (202) 962-7000
paul.nathanson@davispolk.com

*Attorneys for Defendant*