**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:19-cv-02184-TJK |
| FACEBOOK, INC.,<br>a corporation, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's June 7, 2023 Minute Order, the parties have met and conferred and hereby propose October 17, October 18, and October 19 as potential dates for a hearing on Defendant's motion (Dkt. No. 38).

DATED: June 12, 2023

Respectfully submitted,

*/s/ Zachary L. Cowan*

Katherine M. Ho
Zachary L. Cowan (DDC Bar No. 7579039)
U.S. DEPARTMENT OF JUSTICE
Consumer Protection Branch
450 5th Street, NW Suite 6400-South
Washington, DC 20001
(202) 353-7835
Email: Katherine.Ho@usdoj.gov

*Attorneys for Plaintiff*

*/s/ James P. Rouhandeh*

James P. Rouhandeh (DDC Bar No. NY0390)
Michael Scheinkman (DDC Bar No. NY0381)

David B. Toscano (*pro hac vice* application
forthcoming)
John A. Atchley III (*pro hac vice* application
forthcoming)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com
michael.scheinkman@davispolk.com
david.toscano@davispolk.com
john.atchley@davispolk.com

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDWELL LLP
901 15th Street, NW
Washington, DC 20005
Tel: (202) 962-7000
paul.nathanson@davispolk.com

*Attorneys for Defendant*