AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-02184-TJK |
| Facebook, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America   .

Date:   06/29/2023

/s Katherine M. Ho
*Attorney's signature*

Katherine M. Ho (TX Bar No. 793958)
*Printed name and bar number*

Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W., Suite 6400-S
Washington, D.C. 20001

*Address*

katherine.ho@usdoj.gov
*E-mail address*

(202) 353-7835
*Telephone number*

(202) 514-8742
*FAX number*