# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>                    Defendant. | Case No.: 1:19-cv-02184-TJK |

## [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO ENFORCE THE STIPULATED ORDER AND TO ENJOIN THE ADMINISTRATIVE REOPENING PROCEEDING OF THE FEDERAL TRADE COMMISSION

This matter is before the Court on Defendant Meta Platforms, Inc.'s Motion to Enforce the Stipulated Order and to Enjoin the Administrative Reopening Proceeding of the Federal Trade Commission, ECF No. 38. Having considered the motion, the pleadings, and the accompanying exhibits, the Court declines to enjoin the Federal Trade Commission's administrative reopening proceeding for the reasons set forth in the United States' opposition to Defendant's motion.

**IT IS THEREFORE ORDERED** that Defendant's motion is hereby **DENIED**.

**SO ORDERED.**


Dated: _____, 2023          _____
                                                              Honorable Timothy J. Kelly
                                                              United States District Judge