AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-02184-TJK |
| FACEBOOK, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT.

Date: 09/13/2023

/s/ Paul J. Nathanson
*Attorney's signature*

Paul J. Nathanson (D.C. Bar No. 982269)
*Printed name and bar number*

Davis Polk & Wardwell LLP
901 15th Street, NW
Washington, DC 20005
*Address*

paul.nathanson@davispolk.com
*E-mail address*

(202) 962-7055
*Telephone number*

(202) 962-7090
*FAX number*