IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-02184-TJK |

**MOTION FOR ADMISSION *PRO HAC VICE***

　　Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Defendant Meta Platforms, Inc. (previously, Facebook, Inc.), by and through its undersigned counsel, James P. Rouhandeh, a member of the Bar of this Court, respectfully moves that David B. Toscano be admitted *pro hac vice* to appear and participate as counsel in this case for Defendant in the above-captioned action.

　　In support of this motion, the undersigned represents:

1. Mr. Toscano is a lawyer at Davis Polk & Wardwell LLP, 450 Lexington Ave, New York, New York 10017; telephone (212) 450-4515.

2. As set forth in the Declaration of Mr. Toscano accompanying this motion, Mr. Toscano is a member in good standing of the bar of the District of Columbia and the State of New York.  Mr. Toscano is also a member in good standing of the following federal bars:  U.S. Supreme Court; U.S. Court of Appeals for the D.C. Circuit; U.S. Court of Appeals for the First Circuit; U.S. Court of Appeals for the Second Circuit; U.S. Court of Appeals for the Third Circuit; U.S. Court of Appeals for the Seventh Circuit; U.S. Court of Appeals for the Eleventh Circuit;

1

U.S. District Court for the Southern District of New York; U.S. District Court for the Eastern District of New York and U.S. District Court for the District of Colorado.  He has not been disciplined by any bar.

3. Mr. Toscano has not been admitted *pro hac vice* in this Court in the past two years.

**WHEREFORE**, Defendant, by and through its undersigned counsel, moves that this Court enter an Order permitting Mr. Toscano to appear *pro hac vice* in the above-captioned matter.

| | |
|---|---|
| DATED: September 13, 2023 | Respectfully submitted, |
| | */s/ James P. Rouhandeh* |
| | James P. Rouhandeh (DDC Bar No. NY0390)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000<br>rouhandeh@davispolk.com |