IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>                    Defendant. | Case No. 1:19-cv-02184-TJK |

## DECLARATION OF DAVID B. TOSCANO IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE*

I, David B. Toscano, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am a lawyer at Davis Polk & Wardwell LLP, 450 Lexington Ave, New York, NY 10017; telephone (212) 450-4515.

3. I have been admitted to and am a member in good standing of the bar of the District of Columbia and the States of New York. I am also a member in good standing of the following federal bars: U.S. Supreme Court; U.S. Court of Appeals for the D.C. Circuit; U.S. Court of Appeals for the First Circuit; U.S. Court of Appeals for the Second Circuit; U.S. Court of Appeals for the Third Circuit; U.S. Court of Appeals for the Seventh Circuit; U.S. Court of Appeals for the Eleventh Circuit; U.S. District Court for the Southern District of New York; U.S. District Court for the Eastern District of New York and U.S. District Court for the District of Colorado.

4. I have never been disciplined by any bar and my certificate of good standing from the State of New York is attached hereto.

5. I have not been admitted *pro hac vice* in this Court in the past two years.

1

I declare under penalty of perjury that the foregoing is true and correct.

DATED:     September 11, 2023            Respectfully submitted,

_____
David B. Toscano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel. (212) 450-4515
david.toscano@davispolk.com

2