IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>    Defendant. | Case No. 1:19-cv-02184-TJK |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Defendant Meta Platforms, Inc. (previously, Facebook, Inc.), by and through its undersigned counsel, James P. Rouhandeh, a member of the Bar of this Court, respectfully moves that John A. Atchley III be admitted *pro hac vice* to appear and participate as counsel in this case for Defendant in the above-captioned action.

In support of this motion, the undersigned represents:

1. Mr. Atchley is a lawyer at Davis Polk & Wardwell LLP, 450 Lexington Ave, New York, NY 10017; telephone (212) 450-3469.

2. As set forth in the Declaration of Mr. Atchley accompanying this motion, Mr. Atchley is a member in good standing of the bar of the State of New York.  He has not been disciplined by any bar.

3. Mr. Atchley has not been admitted *pro hac vice* in this Court in the past two years.

**WHEREFORE**, Defendant, by and through its undersigned counsel, moves that this Court enter an Order permitting Mr. Atchley to appear *pro hac vice* in the above-captioned matter.

2

DATED: September 13, 2023        Respectfully submitted,

*/s/ James P. Rouhandeh*

James P. Rouhandeh (DDC Bar No. NY0390)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com