IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FACEBOOK, INC.,
a corporation,

    Defendant.

Case No. 1:19-cv-02184-TJK

## DECLARATION OF JOHN A. ATCHLEY III IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE*

I, John A. Atchley III, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am a lawyer at Davis Polk & Wardwell LLP, 450 Lexington Ave, New York, NY 10017; telephone (212) 450-3469.

3. I have been admitted to and am a member in good standing of the bar of the State of New York.

4. I have never been disciplined by any bar and my certificate of good standing from the State of New York is attached hereto.

5. I have not been admitted *pro hac vice* in this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:     September 11, 2023

Respectfully submitted,

_____
John A. Atchley III
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel. (212) 450-3469
john.atchley@davispolk.com