IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-02184-TJK |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon consideration of Motion for Admission *Pro Hac Vice* for John A. Atchley III, and the accompanying Declaration of Mr. Atchley, filed by Defendant Meta Platforms, Inc. ("Meta")—previously, Facebook, Inc.—it is hereby

**ORDERED** that Defendant's Motion for Admission *Pro Hac Vice* is **GRANTED**.


DATED: _____, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Timothy J. Kelly
　　　　　　　　　　　　　　　　　　United States District Judge