**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>    Defendant. | Case No. 1:19-cv-02184-TJK |

**SUPPLEMENTAL DECLARATION OF JAMES P. ROUHANDEH IN FURTHER
SUPPORT OF DEFENDANT'S MOTION TO ENFORCE THE STIPULATED ORDER
AND TO ENJOIN THE ADMINISTRATIVE REOPENING PROCEEDING OF THE
FEDERAL TRADE COMMISSION**

Pursuant to 28 U.S.C. § 1746, I, James P. Rouhandeh, declare as follows:

1. I am a partner with the law firm of Davis Polk & Wardwell LLP, counsel for Defendant Meta Platforms, Inc. ("Meta")—previously, Facebook, Inc. I am an attorney admitted to practice law in the State of New York and am a member of the Bar of the United States District Court for the District of Columbia. I submit this supplemental declaration in further support of Defendant's Motion to Enforce the Stipulated Order and to Enjoin the Administrative Reopening Proceeding of the Federal Trade Commission ("FTC"). I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. Attached hereto as Exhibit R is a true and correct copy of an excerpt of a letter from the FTC to Meta, dated June 30, 2022.

3. Attached hereto as Exhibit S is a true and correct copy of the Order Granting Respondent's Second Request for Extension of Time, issued on July 13, 2023 *in the Matter of Facebook, Inc.*, No. C-4365, *available at* https://www.ftc.gov/system/files/ftc_gov/pdf/c4365_facebook_otsc_second_extension_unsigned.pdf (last visited September 13, 2023).

4. Attached hereto as Exhibit T is a true and correct copy of the Press Release titled "FTC Chairman's Statement Regarding the Court's Approval of the Facebook Settlement," issued by the FTC on April 24, 2020, *available at* https://www.ftc.gov/news-events/news/press-releases/2020/04/ftc-chairmans-statement-regarding-courts-approval-facebook-settlement (last visited September 13, 2023).

5. Attached hereto as Exhibit U is a true and correct copy of an excerpt of a report titled, "2020 Annual Highlights," issued by the FTC in April 2021, *available at*

https://www.ftc.gov/system/files/attachments/printable-version/2020_annual_highlights_report.pdf (last visited September 13, 2023).

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    September 13, 2023                    Respectfully submitted,

*/s/ James P. Rouhandeh*
James P. Rouhandeh
(DDC Bar No. NY0390)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel. (212) 450-4835
rouhandeh@davispolk.com

*Counsel for Meta Platforms, Inc.*