# Exhibit R



United States of America
FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

Reenah L. Kim
Division of Enforcement
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Avenue NW,
Mailstop CC-9528
Washington DC 20580
rkim1@ftc.gov
(202) 326-2272

June 30, 2022

**VIA ELECTRONIC MAIL**

Steve Satterfield (ssatterfield@fb.com)
Vice President and Associate General Counsel, Privacy
Meta, Inc.
575  7th Street NW
Washington DC 20004

Re:   *In the Matter of Facebook, Inc.*, Docket No. C-4365

Dear Mr. Satterfield:

As you know, the Stipulated Order for Civil Penalty, Monetary Judgment, and Injunctive Relief entered by the United States District Court for the District of Columbia on April 23, 2020 (Dkt. No. 35) (the "Order"), authorizes the Federal Trade Commission and the Department of Justice to use discovery devices to request certain documents and information concerning Meta, Inc. and its subsidiaries, successors and assigns (collectively, "Meta").[1] Order at 4. In particular, the Order entitles the Commission and the Department to request documents and information concerning Meta's compliance with the Order, including the Order's prohibition against misrepresentations concerning the extent to which Meta maintains the privacy or security of Covered Information, as that term is defined in the Order, and the Order's provisions concerning a mandated privacy program.  *Id.* at 4 and Attachment A, Sections I, VII and XV. The Commission and the Department issue the following document requests in accordance with their authority under Paragraph XV.A of the Order.

We ask that you respond to these requests **by July 14, 2022**.  If you are not able to produce the requested documents and information on or before that date, please contact us as soon as possible to discuss alternate arrangements.  Unless otherwise indicated, please provide the

---

[1] Although Facebook, Inc. became Meta only in 2021, and these requests seek information dating back to the beginning of 2017, these requests refer to the company as Meta so as to avoid confusion between the company and the social media platforms and applications it operates.