# Exhibit S

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION

COMMISSIONERS:   Lina M. Khan, Chair
Rebecca Kelly Slaughter
Alvaro M. Bedoya

| | |
|---|---|
| In the Matter of<br><br>**FACEBOOK, Inc.,**<br>     a corporation,<br><br>**Respondent.** | **Docket No. C-4365** |

**ORDER GRANTING RESPONDENT'S SECOND REQUEST FOR EXTENSION OF TIME IN WHICH TO FILE ITS ANSWER TO THE COMMISSION'S ORDER TO SHOW CAUSE**

On June 27, 2023, Respondent filed a motion to extend from August 1, 2023, to November 30, 2023, the time in which to file its answer to the Commission's May 3, 2023 Order to Show Cause. Corrected Unopposed Expedited Motion for Extension of Time ("Motion") at 1. Respondent asserts that this extension is necessary to accommodate an agreed-upon schedule between Respondent and the United States Department of Justice for briefing and a hearing on a motion for injunction that Respondent filed in a proceeding in the United States District Court for the District of Columbia, *United States v. Facebook, Inc.*, Case No. 19-cv-2184 (D.D.C.) (Hon. Timothy J. Kelly). Motion at 2-3. Respondent asserts that Complaint Counsel do not oppose its Motion, *id.* at 1.

Commission Rule of Practice 4.3(b) provides that the Commission may extend for good cause shown any time limit prescribed by its rules or by a Commission order. 16 C.F.R. § 4.3(b). We find that the circumstances described by Respondent's unopposed Motion provide good cause to extend the deadline for Respondent's answer in the manner it requests.

Accordingly,

**IT IS HEREBY ORDERED THAT** Respondent's Motion be, and hereby is, **GRANTED**; and

**IT IS FURTHER ORDERED THAT** Respondent's answer to the Commission's May 3, 2023 Order to Show Cause shall be due on November 30, 2023.

1

Case 1:19-cv-02184-TJK   Document 53-3   Filed 09/13/23   Page 3 of 3

2

By the Commission.

                                        April J. Tabor  
                                        Secretary

SEAL:  
ISSUED: 7/13/2023