# Exhibit T



**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

For Release

# FTC Chairman's Statement Regarding the Court's Approval of the Facebook Settlement

April 24, 2020  

**Tags:** Consumer Protection │ Bureau of Consumer Protection │ Privacy and Security │ Consumer Privacy Data Security

Federal Trade Commission Chairman Joe Simons issued the following statement regarding the Federal Court's approval of the Facebook settlement:

"We are pleased with the Court's decision. As the Court notes, the historic $5 billion settlement is 'by far' the largest monetary penalty ever obtained by the United States on behalf of the FTC and the 'second largest in any context.' At the same time, the Court also highlights that the conduct relief included in this settlement will require Facebook 'to consider privacy at every stage of its operations and provide substantially more transparency and accountability for its executives' privacy-related decisions.'"

The Federal Trade Commission works to promote competition, and protect and educate consumers. You can learn more about consumer topics and file a consumer complaint online or by calling 1-877-FTC-HELP (382-4357). Like the FTC on Facebook, follow us on Twitter, read our blogs, and subscribe to press releases for the latest FTC news and resources.

## Press Release Reference

FTC Gives Final Approval to Modify FTC's 2012 Privacy Order with Facebook with Provisions from 2019 Settlement

FTC Imposes $5 Billion Penalty and Sweeping New Privacy Restrictions on Facebook

# Contact Information

MEDIA CONTACT:
Juliana Gruenwald Henderson
*Office of Public Affairs*
202-326-2924

STAFF CONTACT:
James Kohm
*Bureau of Consumer Protection*
202-326-2640