# Exhibit U

# 2020 Annual Highlights



**Federal Trade Commission**
April 2021

consumers into thinking it was a current member of the Children's Advertising Review Unit's (CARU) COPPA safe harbor program.

The Department of Justice (DOJ), on behalf of the FTC, sued MyLife.com, Inc., alleging that the company deceived consumers with "teaser background reports" that often falsely claimed to include information about arrest, criminal, and sex offender records.

Two recent cases required the defendants to put in place comprehensive data security programs to settle the FTC's allegations: Ascension Data & Analytics, LLC (which failed to ensure that its vendor was adequately securing personal data, leaving the sensitive information of more than 60,000 consumers exposed on the internet for a year); and SkyMed International, Inc. (which left unsecured a cloud database of approximately 130,000 membership records so they were in plain text and easily accessible.)

The agency entered a modified administrative order against Facebook, formally adding approved amendments to its 2012 privacy order to include provisions that were incorporated into the FTC's 2019 settlement with the company.

The FTC also brought charges against eight companies that allegedly misrepresented their participation in the EU-U.S. Privacy Shield framework (Privacy Shield), which enables companies to transfer consumer data legally from EU countries to the U.S. The orders settling the FTC's charges were released in January, March, July, and October.