AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-02184-TJK |
| FACEBOOK, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT.

Date: 09/27/2023

/s/ John A. Atchley III
*Attorney's signature*

John A. Atchley III (PHV – NY Bar No. 5461595)
*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
*Address*

john.atchley@davispolk.com
*E-mail address*

(212) 450-3469
*Telephone number*

(212) 701-6469
*FAX number*