UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-02184-TJK |

**UNOPPOSED MOTION FOR LEAVE REGARDING PRESENTATION BY UNITED STATES DURING HEARING ON DEFENDANT'S MOTION TO ENFORCE**

　　The United States of America moves for leave to permit two government attorneys to represent the United States during the hearing on Facebook, Inc.'s Motion to Enforce, Dkt. No. 38, scheduled for October 17, 2023.  Specifically, the United States requests that Zachary Cowan be permitted to address the Court regarding all issues except for the merits of Facebook's constitutional challenges (discussed in section I.E of Facebook's Motion to Enforce).  Should the Court wish to hear argument on those constitutional issues, the United States requests that Katherine Ho be permitted to argue for the United States.

　　Counsel for Facebook has advised the United States that Defendant does not oppose this motion.

Dated: October 10, 2023

Respectfully submitted,

BRIAN M. BOYNTON (6971565)
Principal Deputy Assistant Attorney General
Civil Division

ARUN G. RAO
Deputy Assistant Attorney General

AMANDA N. LISKAMM (7248310)
Director
Consumer Protection Branch

LISA K. HSIAO (444890)
Assistant Director
Consumer Protection Branch

 /s/ Katherine M. Ho
ZACHARY L. COWAN (7579039)
KATHERINE M. HO (220345)
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
Civil Division
450 5th Street, N.W.
Washington, D.C. 20530
Tel: 202-353-7728 (Cowan)
Tel: 202-353-7835 (Ho)
Fax: 202-514-8742
Zachary.L.Cowan@usdoj.gov
Katherine.Ho@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on October 10, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

 /s/ Katherine M. Ho
 Katherine M. Ho