UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>               v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>                           Defendant. | Case No.: 1:19-cv-02184-TJK |

**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR LEAVE REGARDING PRESENTATION BY UNITED STATES DURING <u>HEARING ON DEFENDANT'S MOTION TO ENFORCE</u>**

Upon consideration of the United States' Motion for Leave Regarding Presentation by United States During Hearing on Defendant's Motion to Enforce, it is hereby

**ORDERED** that the United States' motion is **GRANTED** and that Zachary Cowan and Katherine Ho both will be permitted to address the Court.


DATED: _____, 2023          _____
                                                                            Honorable Timothy J. Kelly
                                                                            United States District Judge