IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>    Defendant. | Case 1:19-cv-02184-TJK |

**STATUS REPORT**

Defendant Facebook, Inc. (n/k/a Meta Platforms, Inc.) ("Meta") respectfully submits this Status Report regarding Meta's pending Motion to Enforce the Stipulated Order and to Enjoin the Administrative Reopening Proceeding of the Federal Trade Commission (Dkt. No. 38) (the "Motion").

Meta's current deadline to respond to the Commission's order to show cause is November 30 (Dkt No. 53 at 3 n.5.). In the parties' June 6 Joint Status Report (Dkt No. 46), the parties agreed "to discuss in good faith further extensions consistent with the Court's schedule for considering Defendant's Motion." On November 15, Meta requested the Government's agreement to a further extension of Meta's deadline to a date 14 days after the Court rules on the Motion, and the parties met and conferred with each other and with FTC staff on November 20.

The Government and FTC staff agreed that, to the extent the Court rules on the Motion on or before November 30, then FTC staff would not oppose Meta's motion to extend its time to respond to the order to show cause (if necessary) to 14 days after the Court's ruling. The parties and FTC staff further agreed that to the extent the Court does not rule on the Motion on or before

November 30, the parties would discuss in good faith a schedule for Meta's response to the order to show cause (if necessary).

DATED: November 20, 2023

Respectfully submitted,

*/s/ James P. Rouhandeh*

James P. Rouhandeh (DDC Bar No. NY0390)
Michael Scheinkman (DDC Bar No. NY0381)
David B. Toscano (*pro hac vice*)
John A. Atchley III (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com
michael.scheinkman@davispolk.com
david.toscano@davispolk.com
john.atchley@davispolk.com

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDWELL LLP
901 15th Street, NW
Washington, DC 20005
Tel: (202) 962-7000
paul.nathanson@davispolk.com