# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>*Defendant*. | Civil Action No. 19-2184 (TJK) |

## ORDER

For the reasons set forth in the Court's accompanying memorandum opinion, it is hereby

**ORDERED** that Defendant's Motion to Enforce the Stipulated Order and to Enjoin the Administrative Reopening Proceeding of the Federal Trade Commission, ECF No. 38, is **DENIED**.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: November 27, 2023