IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>        Defendant. | Case No. 1:19-cv-02184-TJK |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Meta Platforms, Inc. (f/k/a Facebook, Inc.), by and through its undersigned counsel of record, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order (Dkt. Nos. 61, 62) entered in this action on November 27, 2023.

DATED: November 28, 2023

Respectfully submitted,

*/s/ James P. Rouhandeh*
James P. Rouhandeh
(D.C. Bar No. NY0390)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel. (212) 450-4835
rouhandeh@davispolk.com

*Counsel for Defendant*