IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>        Defendant. | Case No. 1:19-cv-02184-TJK |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR INJUNCTION PENDING APPEAL**

WHEREAS Defendant Meta Platforms, Inc. ("Meta")—previously, Facebook, Inc.—has moved, pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum of points and authorities, for an injunction pending appeal of the Court's November 27, 2023 denial of Meta's Motion to Enforce the Stipulated Order and to Enjoin the Administrative Reopening Proceeding of the Federal Trade Commission (Dkt. No. 38) (the "Motion to Enforce").

**IT IS THEREFORE ORDERED** for the reasons set out in Meta's motion, and for good cause found, that Defendant's motion is hereby **GRANTED**. The Federal Trade Commission, including its various agents, employees, and attorneys, is hereby enjoined from continuing the administrative reopening proceeding initiated on May 3, 2023 by filing in the FTC Docket No. C-4365 its Order to Show Cause, during the pendency of Meta's appeal.

        **SO ORDERED.**

DATED: _____, 202__                  _____
                                                                    Honorable Timothy J. Kelly
                                                                    United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER PER LCvR 7(k)**

Katherine M. Ho
U.S. DEPARTMENT OF JUSTICE
450 5th St., NW
Washington, DC 20001
202-353-7835 Email: Katherine.Ho@usdoj.gov

Patrick Raymond Runkle
U.S. DEPARTMENT OF JUSTICE
Consumer Protection Branch
450 5th St., NW Suite 6400
Washington, DC 20001
(202) 532-4723 Email: Patrick.R.Runkle@usdoj.gov

Zachary Cowan
U.S. DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 386
Washington, DC 20044
202-598-7566 Email: Zachary.L.Cowan@usdoj.gov

Jason Lee
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 5th St, NW
Washington, DC 20001
(202) 514-0515 Fax: (202) 515-8742
Email: Jason.Lee3@usdoj.gov

Lisa K. Hsiao
U.S. DEPARTMENT OF JUSTICE
450 5th Street, NW Suite 6400-South
Washington, DC 20001
(202) 532-4892
Email: Lisa.K.Hsiao@usdoj.gov