IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>               v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>               Defendant. | Case 1:19-cv-02184-TJK |

**JOINT MOTION FOR STIPULATED BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR AN INJUNCTION PENDING APPEAL**

In connection with the pending Motion for an Injunction Pending Appeal (the "Motion") filed by Defendant Meta Platforms, Inc. ("Meta") on December 12, 2023 (Dkt. No. 65), the Parties have conferred and hereby jointly request that the Court enter the schedule below for further briefing on the Motion:

1. The government shall file its opposition by Thursday, December 28, 2023; and

2. Meta shall file its reply by Friday, January 5, 2024.

DATED: December 13, 2023                            Respectfully submitted,

| | |
|---|---|
| */s/ Zachary L. Cowan* | */s/ James P. Rouhandeh* |
| Zachary L. Cowan (DDC Bar No. 7579039) | James P. Rouhandeh (DDC Bar No. NY0390) |
| Katherine M. Ho (DDC Bar No. 220345) | Michael Scheinkman (DDC Bar No. NY0381) |
| U.S. DEPARTMENT OF JUSTICE | David B. Toscano (*pro hac vice*) |
| Trial Attorneys | John A. Atchley III (*pro hac vice*) |
| Consumer Protection Branch | DAVIS POLK & WARDWELL LLP |
| 450 5th Street, NW Suite 6400-South | 450 Lexington Avenue |
| Washington, DC 20001 | New York, NY 10017 |
| (202) 353-7728 (Cowan) | Tel: (212) 450-4000 |
| (202) 353-7835 (Ho) | rouhandeh@davispolk.com |
| Zachary.L.Cowan@usdoj.gov | michael.scheinkman@davispolk.com |
| Katherine.Ho@usdoj.gov | david.toscano@davispolk.com |

john.atchley@davispolk.com

*Attorneys for Plaintiff*

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDWELL LLP
901 15th Street, NW
Washington, DC 20005
Tel: (202) 962-7000
paul.nathanson@davispolk.com

*Attorneys for Defendant*