# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-5280**  **September Term, 2024**

**1:19-cv-02184-TJK**

**Filed On: July 10, 2025** [2124754]

United States of America,

    Appellee

    v.

Facebook, Inc.,

    Appellant

## M A N D A T E

In accordance with the judgment of May 16, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk

Link to the judgment filed May 16, 2025