IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>　　　　　　　　Defendant. | Case No. 1:19-cv-02184-TJK |

**NOTICE OF RELATED CASE**

Pursuant to Local Civil Rule 40.5(b)(3), Defendant Meta Platforms, Inc. ("Meta")—previously, Facebook, Inc.—hereby notifies this Court of a related case in this District: *Meta Platforms, Inc. v. FTC*, No. 1:23-cv-03562 (D.D.C.) ("*Meta*"), which is currently pending before United States District Judge Randolph D. Moss.

Rule 40.5(b)(3) provides that "cases are deemed related when the earliest is still pending on the merits in the District Court" and where the cases "grow out of the same event or transaction" and "involve common issues of fact." Both cases involve "common issues of fact" and "grow out of the same event or transaction"—namely, the Federal Trade Commission's administrative reopening proceeding Meta, *In the Matter of Facebook, Inc.*, File No. C-4365 (FTC May 3, 2023).

*Meta* was filed after this Court had already denied Meta's Motion to Enforce for lack of jurisdiction. (Dkt. 61.) On May 16, 2025, the D.C. Circuit reversed, explaining that because "the district court's dismissal on jurisdictional grounds meant that it never reached the merits, we reverse and remand so that it may consider Facebook's claims in the first instance." *United States v. Facebook, Inc.*, 136 F.4th 1129, 1135 (D.C. Cir. 2025). The mandate issued on July 10, 2025. (Dkt. 70.)

As required by Rule 40.5(b)(3), Meta provides this notice because this action, the earlier of the cases, is now "pending on the merits." However, Meta notes that on June 29, 2025, Judge Moss stayed *Meta* in light of *Facebook* "pending further order of this Court," *see* Minute Order, *Meta Platforms, Inc. v. FTC*, 1:23-cv-03562-RDM (D.D.C. June 29, 2025), to the extent that bears on whether the process set forth in Rule 40.5(c) should be deferred.

DATED: July 15, 2025

Respectfully submitted,

*/s/ James P. Rouhandeh*

James P. Rouhandeh (DDC Bar No. NY0390)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Email: rouhandeh@davispolk.com

*Counsel for Defendant*