# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No.: 1:19-cv-02184-TJK |
| FACEBOOK, INC.,<br>a corporation, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to this Court's July 14, 2025, Order, Plaintiff United States of America and Defendant Meta,[1] by and through their counsel of record, respectfully submit this Joint Status Report setting forth a proposed schedule for further proceedings in this action.

The parties hereby request a 90-day stay of proceedings. This stay will not prejudice either party and will promote judicial economy.[2] Among other things, it will allow the parties to potentially narrow and streamline any remaining issues for the Court. On or before October 29, 2025, the parties propose filing with the Court another status report proposing a briefing schedule for any outstanding issues.

Based on the foregoing, the parties respectfully request that the Court stay further proceedings as provided in the attached proposed Order.

---

[1] During these proceedings, Defendant Facebook, Inc. was renamed Meta Platforms, Inc. Thus, this status report refers to the entity as "Meta."

[2] On July 30, 2025, the Federal Trade Commission *sua sponte* stayed its administrative proceeding involving Meta pending final resolution of this case and *Meta Platforms, Inc. v. FTC*, No. 23-cv-03562 (D.D.C.).

DATED: July 31, 2025

Respectfully Submitted,

*/s/ James P. Rouhandeh__*
JAMES P. ROUHANDEH
(DDC Bar No. NY0390)
MICHAEL SCHEINKMAN
(DDC Bar No. NY0381)
DAVID B. TOSCANO
(*pro hac vice*)
JOHN A. ATCHLEY III
(*pro hac vice*)
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com
michael.scheinkman@davispolk.com
david.toscano@davispolk.com
john.atchley@davispolk.com

PAUL J. NATHANSON
(DDC Bar No. 982269)
Davis Polk & Wardwell LLP
901 15th Street, N.W.
Washington, DC 20005
Tel: (202) 962-7000
paul.nathanson@davispolk.com

*For Defendant Meta Platforms, Inc.*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

SARMAD M. KHOJASTEH
Senior Counsel

LISA K. HSIAO
Acting Director
Consumer Protection Branch

ZACHARY A. DIETERT
Assistant Director

*/s/ Zachary L. Cowan__*
ZACHARY L. COWAN
(DDC Bar No.7579039)
Trial Attorney
U.S. Department of Justice
450 5th Street, N.W.
Washington, DC 20044
Tel: (202) 353-7728
Zachary.L.Cowan@usdoj.gov

*For Plaintiff United States of America*