UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>                    Defendant. | Case No.: 1:19-cv-02184-TJK |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff United States of America's and Defendant Meta Platforms, Inc.'s July 31, 2025, Joint Status Report. Having considered the matter, and for good cause shown, it is hereby **ORDERED** that all proceedings in this case are **STAYED** until further order of this Court. On or before October 29, 2025, the parties **SHALL** file another Status Report, notifying the Court as to whether further proceedings are necessary in this matter and proposing a briefing schedule for any outstanding issues.

    **SO ORDERED.**


Dated: _____, 2025        _____
                                                           Honorable Timothy J. Kelly
                                                           United States District Judge