**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

FACEBOOK, INC.,
a corporation,

Defendant.

Case No. 1:19-cv-02184-TJK

**DEFENDANT'S MOTION FOR LEAVE TO FILE STATEMENT**

Defendant Facebook Inc. (n/k/a Meta Platforms, Inc.) ("Meta") respectfully requests leave of the Court to submit a brief statement regarding *Trump v. CASA, Inc.*, 606 U.S. 831 (2025), which the Court raised at the November 12, 2026 oral argument. Because neither party discussed *CASA* in their briefs, Meta submits that there is good cause for its proposed statement. Meta's proposed statement is attached as Exhibit A.

**MEET AND CONFER CERTIFICATION**

Pursuant to Local Rule 7(m), undersigned counsel for Meta, on November 19, 2026, met and conferred by email with Plaintiff's counsel about the instant motion. Plaintiff has stated that it opposes the motion.

DATED: November 19, 2026

Respectfully submitted,

*/s/ James P. Rouhandeh*

James P. Rouhandeh (DDC Bar No. NY0390)
Michael Scheinkman (DDC Bar No. NY0381)
David B. Toscano (*pro hac vice*)
John A. Atchley III (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com
michael.scheinkman@davispolk.com
david.toscano@davispolk.com
john.atchley@davispolk.com

Paul J. Nathanson (DDC Bar No. 982269)
DAVIS POLK & WARDWELL LLP
901 15th Street, NW
Washington, DC 20005
Tel: (202) 962-7000
paul.nathanson@davispolk.com