**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>Defendant. | Case No. 1:19-cv-02184-TJK |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE STATEMENT

It is **ORDERED** that Defendant's Motion for Leave to File Statement is **GRANTED**.

**SO ORDERED.**

DATED: November __, 2026

Honorable Timothy J. Kelly
United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER PER LCvR 7(k)**

LISA K. HSIAO
Acting Director Enforcement & Affirmative Litigation Branch
U.S. Department of Justice
450 Fifth Street N.W.
Washington, DC 20001

ZACHARY A. DIETERT
Assistant Director
U.S. Department of Justice
450 Fifth Street N.W.
Washington, DC 20001

ZACHARY L. COWAN
Trial Attorney
U.S. Department of Justice
450 Fifth Street N.W.
Washington, DC 20001